Opinion filed September 25, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed September
25, 2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00112-CR

                                                    __________

 

                                 JESSE LOPEZ GONGORA, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 32nd District Court

 

                                                           Nolan
County, Texas

 

                                                    Trial
Court Cause No. 10580

 



 

                                             M E
M O R A N D U M    O P I N I O N

Jesse
Lopez Gongora has filed in this court a motion to dismiss his appeal.  The
motion is signed by both appellant and his counsel.  The motion is granted, and
the appeal is dismissed.

 

PER CURIAM

September 25,
2008     

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.